SEYFARTH SHAW LLP
Eric Hill (SBN 173247)
ehill@seyfarth.com
Ping Wang (SBN 351428)
pwang@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Leo Li (SBN 293539)
lli@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
INTERCONTINENTAL HOTELS GROUP
RESOURCES, LLC; IHG MANAGEMENT
(MARYLAND) LLC; INTERCONTINENTAL HOTELS
OF SAN FRANCISCO, INC.; SIX CONTINENTS
HOTELS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WISE, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, a Delaware limited liability company; IHG MANAGEMENT (MARYLAND) LLC, a Maryland limited liability company; INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC., a Delaware corporation; SIX CONTINENTS HOTELS, INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | **CLASS ACTION** <br><br> Case No. _____ <br><br> **CORPORATE DISCLOSURE STATEMENT** <br><br> **Fed. R. Civ. P. 7.1** <br><br> [San Francisco County Superior Court Case No. CGC-23-611350] <br><br><br> Complaint Filed: December 29, 2023 |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:

CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants IHG Management (Maryland) LLC, a Maryland limited liability company, InterContinental Hotels Group Resources, LLC, a Delaware limited liability company, Inter-Continental Hotels of San Francisco, Inc., a Delaware corporation, and Six Continents Hotels, Inc., a Delaware corporation, disclose that they have an ultimate parent, InterContinental Hotels Group PLC, the shares of which are listed on the London Stock Exchange.

InterContinental Hotels Group PLC facilitates foreign investment in its shares by means of American Depositary Receipts (evidencing American Depositary Shares), which are issued by JP Morgan Chase & Co. and tradable on the New York Stock Exchange. InterContinental Hotels Group PLC is listed on the New York Stock Exchange as "IHG."

No publicly held company owns 10% or more of InterContinental Hotels Group PLC's shares. Therefore, no publicly held corporation owns 10% or more of IHG's stock.

DATED: February 26, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____

Eric Hill
Ping Wang
Leo Li
Attorneys for Defendants
INTERCONTINENTAL HOTELS GROUP
RESOURCES, LLC; IHG MANAGEMENT
(MARYLAND) LLC; INTERCONTINENTAL
HOTELS OF SAN FRANCISCO, INC.; SIX
CONTINENTS HOTELS, INC.

308923881v.1  CORPORATE DISCLOSURE STATEMENT