1  Ronald H. Bae (SBN 186826)
   rbae@AequitasLegalGroup.com
2  Olivia D. Scharrer (SBN 291470)
   oscharrer@AequitasLegalGroup.com
3  Carson M. Turner (SBN 345992)
   cturner@AequitasLegalGroup.com
4  AEQUITAS LEGAL GROUP
   A Professional Law Corporation
5  1156 E. Green Street, Suite 200
   Pasadena, California 91106
6  Telephone:    (213) 674-6080
   Facsimile:    (213) 674-6081

Attorneys for Plaintiff MARK WISE

(*Additional counsel on following page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WISE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, a Delaware limited liability company; IHG MANAGEMENT (MARYLAND) LLC, a Maryland limited liability company; INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC., a Delaware corporation; SIX CONTINENTS HOTELS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 3:24-cv-01161-AMO**<br>[Assigned to the Hon. Araceli Martínez-Olguín]<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO STAY PROCEEDINGS**<br><br>[Complaint filed: December 29, 2023]<br>[Removal filed: February 26, 2024] |

-1-

**STIPULATION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO STAY PROCEEDINGS**
**3:24-cv-01161-AMO**

SEYFARTH SHAW LLP
Eric E. Hill (SBN 173247)
ehill@seyfarth.com
Ping Wang (SBN 351428)
pwang@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Leo Q. Li (SBN 293539)
lli@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendants
INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC; IHG MANAGEMENT (MARYLAND) LLC; INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC; SIX CONTINENTS HOTELS, INC.

Pursuant to Civil Local Rule 6-2, Plaintiff MARK WISE ("Plaintiff") and Defendants INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, IHG MANAGEMENT (MARYLAND) LLC, INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC., and SIX CONTINENTS HOTELS, INC. (collectively, "Defendants") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 20, 2024, Defendants filed a Motion to Stay Proceedings (ECF No. 18) pending the resolution of *Robert Martinez v. Intercontinental Hotels Group Resources, LLC, et al.*, Case No. 37-2023-00056196-CU-OE-CTL ("*Martinez*"), which was filed on December 28, 2023 and is pending in in the Southern District of California;

WHEREAS, Plaintiff's deadline to file a response to Defendants' Motion to Stay Proceedings is July 5, 2024, and Defendants' deadline to file a reply is July 12, 2024;

WHEREAS, the scheduled hearing date for Defendants' motion is October 3, 2024;

WHEREAS, Plaintiffs' counsel in *Wise* and *Martinez* have agreed to work together, and the parties in both cases are discussing how to proceed;

WHEREAS, in light of these ongoing discussions, the Parties have agreed to modify the briefing schedule for Defendants' Motion to Stay Proceedings to allow additional time to meet and confer;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows:

1. The deadline for Plaintiff to respond to Defendants' Motion to Stay Proceedings is extended from July 5, 2024, to July 12, 2024.

2. The deadline for Defendant to reply in support of its Defendants' Motion to Stay Proceedings is extended from July 12, 2024, to July 26, 2024.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

Date: July 3, 2024  AEQUITAS LEGAL GROUP

By: /s/ Olivia D. Scharrer
_____
RONALD H. BAE
OLIVIA D. SCHARRER
CARSON M. TURNER
Attorneys for Plaintiff MARK WISE

Date: July 3, 2024  SEYFARTH SHAW LLP

By: /s/ Eric E. Hill
_____
LEO Q. LI
ERIC E. HILL
YOON-WOO NAM
PING WANG
Attorneys for Defendants
INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, IHG MANAGEMENT (MARYLAND) LLC, INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC, and SIX CONTINENTS HOTELS, INC.

**Attestation Regarding Signatures**

I, Olivia D. Scharrer, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 3, 2024

By: /s/ Olivia D. Scharrer
_____
Olivia D. Scharrer

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Plaintiff's response to Defendants' Motion to Stay shall be due on July 12, 2024, and Defendants' reply shall be due on July 26, 2024.

Dated: _____, 2024

_____
HON. ARACELI MARTÍNEZ-OLGUÍN