| | |
|---|---|
| 1 | **AEQUITAS LEGAL GROUP** |
| | Ronald H. Bae (SBN 186826) |
| 2 | rbae@aequitaslegalgroup.com |
| | 1156 E. Green Street, Suite 200 |
| 3 | Pasadena, CA 91106 |
| | Telephone: (213) 674-6080 |
| 4 | Facsimile: (213) 674-6081 |
| | Attorneys for Plaintiff MARK WISE |
| 5 | |
| | **SEYFARTH SHAW LLP** |
| 6 | Leo Q. Li (SBN 293539) |
| | lli@seyfarth.com |
| 7 | 2029 Century Park East, Suite 3500 |
| | Los Angeles, California 90067-3021 |
| 8 | Telephone:  (310) 277-7200 |
| | Facsimile:   (310) 201-5219 |
| 9 | Attorneys for Defendants |
| | INTERCONTINENTAL HOTELS GROUP |
| 10 | RESOURCES, LLC; IHG MANAGEMENT |
| | (MARYLAND) LLC; INTERCONTINENTAL |
| 11 | HOTELS OF SAN FRANCISCO, INC; SIX |
| | CONTINENTS HOTELS, INC. |
| 12 | *[additional counsel on the next page]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WISE, individually, and on behalf of other members of the general public similarly situated, | Case No. 3:24-cv-01161-AMO |
| | Honorable Araceli Martinez-Olguin |
| Plaintiff, | **JOINT STIPULATION FOR ADMINISTRATIVE RELIEF FOR REMOTE APPEARANCE** |
| v. | |
| INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, a Delaware limited liability company; IHG MANAGEMENT (MARYLAND) LLC, a Maryland limited liability company; INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC., a Delaware corporation; SIX CONTINENTS HOTELS, INC., a Delaware corporation; and DOES 1 through 100, inclusive, | [Removed From San Francisco County Superior Court Case No. CGC-23-611350] |
| | Date: October 3, 2024 |
| | Time: 2:00 p.m. |
| | Ctrm: 10 |
| | Judge: Hon. Araceli Martinez-Olguin |
| Defendants. | Complaint Filed: December 29, 2023 |
| | Trial Date: None Set |

JOINT STIPULATION RE REMOTE APPEARANCE
Case No. 3:24-cv-01161-AMO

**AEQUITAS LEGAL GROUP**
Olivia D. Scharrer (SBN 291470)
oscharrer@aequitaslegalgroup.com
Carson M. Turner (SBN 345992)
cturner@aequitaslegalgroup.com
1156 E. Green Street, Suite 200
Pasadena, CA 91106
Telephone: (213) 674-6080
Facsimile: (213) 674-6081

Attorneys for Plaintiff MARK WISE

**SEYFARTH SHAW LLP**
Eric E. Hill (SBN 173247)
ehill@seyfarth.com
Ping Wang (SBN 351428)
pwang@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105-2930
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendants
INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC; IHG MANAGEMENT (MARYLAND) LLC; INTERCONTINENTAL HOTELS OF SAN FRANCISCO, INC; SIX CONTINENTS HOTELS, INC.

## STIPULATION

Pursuant to the Court's Standing Order § C.2. and Civil Local Rule 7-11, Plaintiff Mark Wise ("Plaintiff") and Defendants InterContinental Hotels Group Resources, LLC, IHG Management (Maryland) LLC, Intercontinental Hotels of San Francisco, Inc., and Six Continents Hotels, Inc. ("Defendants") (referred to collectively as the "Parties"), through their attorneys of record, hereby agree and stipulate as follows:

## RECITALS

**WHEREAS**, on December 29, 2023, Plaintiff filed a wage and hour Class Action Complaint in the Superior Court of California for the County of San Francisco, entitled "*MARK WISE v. INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, et al.,*" Case No. CGC-23-611350;

**WHEREAS**, on February 23, 2024, Defendants filed their answer to Plaintiff's Class Action Complaint;

**WHEREAS**, on February 26, 2024, Defendants filed their Notice of Removal and removed the case to this Court;

**WHEREAS**, on March 7, 2024, this Court set the Initial Case Management Conference for June 20, 2024;

**WHEREAS**, on June 20, 2024, Defendants filed their Motion to Stay Proceedings;

**WHEREAS**, on September 4, 2024, this Court rescheduled the Initial Case Management Conference to October 3, 2024, the same day as the hearing on Defendants' Motion to Stay Proceedings;

**WHEREAS**, counsel for Plaintiff, Aequitas Legal Group, is located in Pasadena, California, and lead counsel for Defendants, Leo Q. Li of Seyfarth Shaw, is located in Los Angeles, California; and

**WHEREAS**, the Parties agree that appearing remotely at the case management conference and hearing would result in a significant savings of time and resources, as counsel would otherwise need to travel to San Francisco for an in-person appearance.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by the Parties that the Parties, through their respective counsel, will attend the hearing on Defendants' Motion to Stay Proceedings and the Initial Case Management Conference on October 3, 2024 at 2:00 p.m. via remote appearance.

**IT IS SO STIPULATED.**

DATED: September 26, 2024                SEYFARTH SHAW LLP

By: */s/ Leo Q. Li*
Leo Q. Li
Eric E. Hill
Ping Wang
Yoon-Woo Nam
Attorneys for Defendants

DATED: September 26, 2024                AEQUITAS LEGAL GROUP

By: */s/ Olivia D. Scharrer*
Ronald H. Bae
Olivia D. Scharrer
Carson M. Turner
Attorneys for Plaintiff